UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 1:05-cr-0043-9 (SEB/KPF) |
| | ) | |
| CHARLES ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Tim A. Baker's Report and Recommendation that Charles Anderson's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the District Judge now approves and adopts the Report and Recommendation, and orders a sentence imposed of imprisonment of 46 months in the custody of the Attorney General or his designee, to be served consecutively with the state sentence he is now serving, with no supervised release to follow his release from federal custody. Because Anderson was present before the U. S. Magistrate Judge on June 14, 2012, pursuant to a Writ of Habeas Corpus Ad Prosequendum, he will be returned to state custody for the remainder of the state sentence he is currently serving. He will serve the 46-month sentence after service of his current state sentence.

SO ORDERED

Date: 06/22/2012

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Josh Minkler,
Assistant United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204

Mike Donahoe,
Office of Indiana Federal Community Defender
One Monument Circle, #752
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal